IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLAUDIA STEWART                                                            PLAINTIFF

V.                                              CIVIL ACTION NO. 4:22-cv-047-NBB-DAS

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                         DEFENDANTS

**<u>ORDER</u>**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss certain counts of plaintiff's amended complaint is **GRANTED**. The plaintiff's claims of bad faith and the breach of the duty of good faith and fair dealing are hereby **DISMISSED with prejudice**.

This 23rd day of March, 2023.

                                                    /s/ Neal Biggers
                                                    NEAL B. BIGGERS, JR.
                                                    UNITED STATES DISTRICT JUDGE